UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN DOUGLAS DONAHOE,<br><br>               Plaintiff,<br><br>   v.<br><br>JACKSON et al.,<br><br>               Defendants. | CASE NO. 3:20-CV-05609-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: SEPTEMBER 18, 2020 |

      The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Plaintiff Kevin Douglas Donahoe, who is proceeding *pro se*, filed an Application to Proceed *In Forma Pauperis* ("IFP") on June 24, 2020. Dkt. 1. On June 26, 2020, the Clerk of Court sent Plaintiff a letter notifying Plaintiff his Application to Proceed IFP was deficient and directed him to "provide a certified copy of [his] prison trust account statement showing transactions for the last six months." Dkt. 2. The Clerk of Court warned Plaintiff if he did not respond to the letter by July 27, 2020, this action may be subject to dismissal. *Id*.

REPORT AND RECOMMENDATION - 1

1 | Plaintiff has not responded to the Clerk of Court's letter, has not filed an updated application to proceed IFP or provided a certified copy of his prison trust account statement, and has not paid the filing fee. As Plaintiff has failed to respond to the Clerk for Court's letters or otherwise prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on September 18, 2020 as noted in the caption.

Dated this 20th day of August, 2020.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2