UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DOUGLAS DONAHOE,

                Plaintiff,

    v.

JACKSON, et al.,

                Defendants.

CASE NO. C20-5609 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 4. The Court
having considered the R&R and the remaining record, and no objections having been
filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's complaint is **DISMISSED without prejudice** for failure to file a

          proper *in forma pauperis* application or pay the filing fee; and

(3)     The Clerk shall close this case.

Dated this 16th day of November, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1